Northern District Of Indiana

Evan Rollins,
Plaintiff,

- V -

Case No. 3:23-cv-352


-FILED-
MAY -1 2023
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Officer Johnson, Officer Reypholtz
Officer Day, Officer Williams
Officer Powers, Sergeant Carter
Sergeant Grier, Sergeant Kirby
RWI counselor Matta, RWI
counselor Seeler, RWI counselor
Chloe, Case manager Williams
Case manager Braggs, Case
manager Schlaft, Case manager
Jackson, Case manager Layman
Case manager Sterling, Case
manager Myers
Defendant'(s)

## Complaint

### I. Jurisdiction + Venue

① This civil action authorized by 42 U.S.C section 1983 to redress the deprivation under color of state Law, of rights secured by the constitution of the United States. The court has jurisdiction under 28

U.S.C. Section 1331 and 1343 (2)(3). Plaintiff Rollins seeks cloratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Rollins claims for monetary relief that the court will grant and authorize by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of civil procedure. The Northern district of Indiana is an appropriate venue under 28 U.S.C. Section 1391 (b)(2) because it is where the events giving rise in this claim occurred.

## II. Plaintiff

(2) Plaintiff Rollins, is and was at all times mentioned here in a prisoner of the state of Indiana in the custody of the Indiana Department of Corrections. He is currently confined in New Castle Correctional Facility in New Castle Indiana.

## III. Defendants

(3) Defendant'(s) officer Johnson, officer Raypholtz, officer Day, officer Williams, officer Powers, Sergeant Carter, Sergeant Giver, Sergeant Kirby are officers who work at Miami Correctional Facility and they are legally responsible to act professional and treat me like a human being and not subject me to racial discrimination

4. Defendant(s) Case manager Williams, Case manager Braggs, Case manager Schleft, Case manager Jackson, Case manager Layman, Case manager Sterling, Case manager Myers are staff who work at Miami Correctional Facility and are legally responsible to report any concerns about racial discrimination towards a inmate by a correctional officer.

5. Defendant'(s) RWI counselor Matta, RWI counselor Seeler, RWI counselor Chloe are legally responsible to report any complaints about racial discrimination towards inmates by a correctional officer to mental health or someone higher.

6. These defendant'(s) are sued individually and their offical capacity. At all times mentioned in this complaint these defendant(s) acted under the color of state and federal law.

## IV. Facts

7. While housed at Miami Correctional Facility the defendant'(s) had multiple interactions with the plaintiff Evan Rollins. Plaintiff Evan Rollins was housed at Miami Correctional Facility from March of 2019 until September of 2022.

8. The plaintiff Rollins wrote several grievances to grievance specialist Gapski that went unanswered

about the racial discrimination he was subjected to by defendant(s) officer Johnson, officer Raypholtz, officer Day, officer Williams, officer Powers, Sergeant Carter, Sergeant Grier, Sergeant Kirby.

9) Plaintiff Rollins wrote several request to Warden Hyatte, assistant warden Payne expressing concerns about being subjected to racial discrimination that went unanswered as well.

10) Plaintiff Rollins spoke with defendant(s) Case manager Williams, Case manager Braggs, Case manager Schlaft, Case manager Jackson, Case manager Layman, Case manager Sterling, Case manager Myers who failed to report my complaint about being subjected to racial discrimination

11) Plaintiff Rollins spoke with defendant(s) RWI counselor Matta, RWI counselor Seeler, RWI counselor Chloe who failed to report my complaint about being subjected to racial discrimination

V. Legal Claims

12) Plaintiff Evan Rollins reallege and incorporate by referance paragraphs 1-11 and

VI. Prayer for relief

Therefore, Plaintiff respectfully pray that this court

enter Judgement,

(13) Granting Plaintiff Rollins a declaration that the acts and omission described herein violate his right under the constitution and law of the united states, And

(14) Granting Plaintiff Rollins punitive damages in the amount of $200,000.00 dollars) Against all the defendant(s) in this complaint and severally so. And

(15) Plaintiff also seeks a jury trial on all issues triable by jury.

(16) Plaintiff also seeks recovery of his cost in this law suit, and

(17) Any additional relief this court deems just, proper, and equitable

Date: 4-17-23
X Evan Rollins - Pro #167016
X Evan Rollins - Pro #167016

I have read the foregoing complaint and hereby verify that the matters alleged herein are True, except as to matters alleged on information and belief, and as to those, I believe to be true. I certify under penalty of perjury that the foregoing is true and correct

Executed at New Castle Correctional Facility
April 17, 2023

X ~~~~ Evan Rollins - Pro se
X Evan Rollins - Pro se