AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EVAN ROLLINS

        Plaintiff

v.                                        Civil Action No. 3:23-cv-352

JOHNSON
*Officer, sued individually and their official capacity*

RAY PHOLTZ
*Officer, sued individually and their official capacity*

DAY
*Officer, sued individually and their official capacity*

WILLIAMS
*Officer, sued individually and their official capacity*

POWERS
*Officer, sued individually and their official capacity*

CARTER
*Sergeant, sued individually and their official capacity*

GEIER
*Sergeant, sued individually and their official capacity*

KIRBY
*Sergeant, sued individually and their official capacity*

MATTA
*RWI Counselor, sued individually and their official capacity*

SEELER
*RWI Counselor, sued individually and their official capacity*

CHLOE
*RWI Counselor, sued individually and their official capacity*

WILLIAMS
*Case Manager, sued individually and their official capacity*

BRAGGS
*Case Manager, sued individually and their official capacity*

SCHLAFT
*Case Manager, sued individually and their official capacity*

JACKSON
*Case Manager, sued individually and their official capacity*

LAYMAN
*Case Manager, sued individually and their official capacity*

STERLING
*Case Manager, sued individually and their official capacity*

MYERS
*Case Manager, sued individually and their official capacity*

Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b)._____
This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty


DATE:  09/27/2023           CHANDA J. BERTA, CLERK OF COURT

                            by      s/J. Barboza
                                *Signature of Clerk or Deputy Clerk*